IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER SMITH,

    Plaintiff,

v.

                                              Case No.   14-cv-796-slc

BETH LIND, SANDRA HAUTAMAKI,
MICHAEL THURMER, CAPT. MURASKI,
THERESA MURPHY, AMY SMITH,
WELCOME ROSE, BELINDA SHCRUBBE,
MR. LUNDQUIST, MICHAEL MEISNER,
TOM GOZINSKE, MR. TUCKWELL,
RONALD BEYAH, CHAPLAIN NURDEEN,
JANN JOHNSTON, WILLIAM POLLARD,
ANGELIA GROLL, CHARLES FACKTOR,
CHARLES COLE, STEVEN LIND, and
KEVIN CARR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 4/20/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |